**Order entered November 28, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00898-CR

**MICHAEL EDWARD HARSSEMA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80837-2018**

## ORDER

Before the Court is Official Court Reporter Kristen Kopp's November 26, 2018 second request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within **FIVE DAYS** of the date of this order.

/s/    LANA MYERS
JUSTICE